**STATE of Missouri, Respondent,**

v.

**Evrick BROWN, Appellant.**

**No. ED 100793**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: April 21, 2015

Scott Thompson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Adam Rowley, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

#### PER CURIAM

The defendant, Evrick Brown, appeals the judgment and sentence entered by the Circuit Court of the City of St. Louis following his conviction by a jury of one count of first-degree assault, in violation of section 565.050 RSMo. (2000), and one count of armed criminal action, in violation of section 571.015. The trial court sentenced the defendant as a persistent offender to life imprisonment for the first-degree assault and to a consecutive term of 15 years for the armed criminal action. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).